AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

KENNETH A. JONES

        Plaintiff,

V.

JEAN L. JONES

        Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-1308 (WJM)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

  _ GRANTED and

  _ The clerk is directed to file the complaint, and

  _ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

  X DENIED, for the following reasons:

    *No Federal Court Jurisdiction*

On this 6th day of April 2011

                WILLIAM J. MARTINI, U.S.D.J.

Plaintiff may submit a filing fee of $350.00 within 30 days of this Order to reopen this case.